IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| TUGUT SERCE, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:18cv778-MHT |
| | ) | (WO) |
| UNITED STATES DEPARTMENT | ) | |
| OF HOMELAND SECURITY, and | ) | |
| U.S. CITIZENSHIP & | ) | |
| IMMIGRATION SERVICE, | ) | |
| | ) | |
|     Respondents. | ) | |

## ORDER

Upon consideration of petitioner's motion to dismiss without prejudice (doc. no. 7), it is ORDERED that the motion is granted, and this case is dismissed without prejudice, with no costs taxed.

All pending motions are denied as moot.

This case is closed.

DONE, this the 19th day of November, 2018.

                       /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**